**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL L. HALL | ) | CASE NO. **16-35596** |
| | ) | |
| | ) | JUDGE KEITH L. PHILLIPS |
| DEBTOR. | ) | |

-------------------------------------------------------------------------------------

| | |
|---|---|
| US BANK TRUST N.A., AS TRUSTEE | ) |
| OF BUNGALOW SERIES F TRUST | ) |
| | ) |
| MOVANT, | ) |
| | ) |
| V. | ) |
| | ) |
| MICHAEL L. HALL | ) |
| 4105 Dominion Townes Circle | ) |
| Richmond, VA 23223 , | ) |
| | ) |
| DEBTOR | ) |
| | ) |
| **Suzanne E. Wade,** | ) |
| **TRUSTEE** | ) |
| **4105 Dominion Townes Circle** | ) |
| **Richmond, VA 23223** | ) |
| | ) |
| RESPONDENTS. | ) |
| _____ \_) | |

**ORDER GRANTING RELIEF FROM STAY**

Movant having filed a Certificate of Default, and it appearing that Movant has complied with the terms of the Consent Order entered hereinbefore, it is

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is hereby modified to permit the Movant to enforce the lien of its deed of trust as it pertains to the real property located

Keith Yacko (VA Bar No. 37854)
McMichael Taylor Gray, LLC
3550 Engineering Dr. Suite 260
Peachtree Corners, GA 30092
470-289-4347  kyacko@mtglaw.com

1

at 4105 Dominion Townes Circle, Richmond, VA 23223, and is more particularly described as follows:

All that certain lot, piece or parcel of land, lying and being in Henrico County, Virginia, shown and designated as Lot 3, Block M, as shown on that certain subdivision plat prepared by Koontz-Bryant, P.C. entitled "Dominion Townes, Section 2" a copy of which was recorded in Plat Book 122 pages 110-114 in the Clerk's Office, Circuit Court, Henrico County, Virginia, to which plat reference is hereby made for a more particular description of the property hereby conveyed.

Which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

IT IS FUTHER ORDERED that the Chapter 13 Trustee is relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by the Movant, except as to any Supplemental Proof of Claim allowed herein.

DONE at Richmond, Virginia, this _____ of August, 2020.

Sep 9 2020

/s/ Keith L. Phillips
United States Bankruptcy Judge

ENTERED ON DOCKET: Sep 10 2020

Prepared and submitted:
**McMichael Taylor Gray, LLC**
/s/ Keith Yacko
Keith Yacko
Virginia Bar No. 37854
Attorney for Movant
3550 Engineering Dr.
Suite 260
Peachtree Corners, GA. 30092
470-289-4347
kyacko@mtglaw.com

**CERTIFICATION**

The undersigned certifies that the foregoing Order Granting Relief from Stay is substantially in compliance with the form order required by Administrative Order 10-2.

2

/s/ Keith Yacko
Attorney for Movant

# CERTIFICATION

The undersigned certifies, pursuant to Rule 9022 1(c) that a certification of mailing is being filed with this Order, indicating upon whom the foregoing Order was served and date and manner of such service.

/s/ Keith Yacko
Attorney for Movant

The Movant will send copies of this Order to the following party(ies) by first class mail, postage pre-paid:

Michael L. Hall
4105 Dominion Townes Circle
Richmond, VA 23223

3